VICTOR FOODS, INC., et al.,
Plaintiffs/Appellants,

v.

MAGNA BANK OF ST. CHARLES COUNTY, et al., Defendants/Respondents.

No. 74641.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 22, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 3, 1999.

Application for Transfer Denied
Sept. 21, 1999.

Edward B. Nangle, St. Louis, for appellant.

John T. Walsh, St. Louis, E. Darrell Davis, Jr., St. Charles, for respondent.

Before ROBERT G. DOWD, Jr., C.J., and KENT E. KAROHL, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Victor Foods, Inc., appeals from summary judgment entered on four counts, as follows: Count VI, Civil Conspiracy; Count VII, Prima Face Tort; Count VIII, Fraud; and Count IX, Negligent Misrepresentation.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).